# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KENNETH SCHERPINSKI, as Trustee of Plaintiff Trusts and Business Manager of IBEW LOCAL 234, <br><br>Plaintiffs, <br><br>vs. <br><br>BAYVIEW ELECTRIC, INC. an entity, <br><br>Defendant. | Case No. C-09-05556-MHP <br><br>[~~Proposed~~] **CONTINGENT ORDER OF DISMISSAL** <br><br>Judge: Hon. Marilyn H. Patel <br>Courtroom: 15 <br>Location: 18th Floor <br>450 Golden Gate Avenue <br>San Francisco, CA 94102 <br><br>Complaint Filed: 11/20/2009 <br>Trial Date: None set. |

[~~PROPOSED~~] ORDER:

The parties hereto, having advised the Court that they have agreed to a settlement of this action; IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided, however, that if any party hereto shall certify to this Court, with proof of service of copy thereon on the Defendant or its counsel that the agreed consideration for the settlement has not been delivered over, the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the calendar. Plaintiffs may then insert the appropriate amount owed and file the Stipulation for Entry of Judgment referred to in the above Stipulation. Judgment will then be entered forthwith.

IT IS SO ORDERED.

Dated: 2/22/2010    _____

