1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KENNETH SCHERPINSKI, as Trustee of Plaintiff Trusts and Business Manager of IBEW LOCAL 234, <br><br>Plaintiffs,<br><br>vs.<br><br>BAYVIEW ELECTRIC, INC. an entity,<br><br>Defendant. | Case No.  C-09-05556-MHP <br><br>**[Proposed] CONTINGENT ORDER OF DISMISSAL**<br><br>Judge:         Hon. Marilyn H. Patel<br>Courtroom:  15<br>Location:     18th Floor<br>                    450 Golden Gate Avenue<br>                    San Francisco, CA 94102<br><br>Complaint Filed:   11/20/2009<br>Trial Date:              None set. |

1  [PROPOSED] ORDER:

2       The parties hereto, having advised the Court that they have agreed to a settlement of this
3  action; IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided,
4  however, that if any party hereto shall certify to this Court, with proof of service of copy thereon
5  on the Defendant or its counsel that the agreed consideration for the settlement has not been
6  delivered over, the foregoing Order shall vacated by this Court and this action shall forthwith be
7  restored to the calendar.  Plaintiffs may then insert the appropriate amount owed and file the
8  Stipulation for Entry of Judgment referred to in the above Stipulation.  Judgment will then be
9  entered forthwith.

11 IT IS SO ORDERED.

13 Dated:  2/22/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA